**Order entered April 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01029-CV

**STEPHANIE FREEMAN, Appellant**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04363-E**

## ORDER

The Court has received notice from the court reporter that appellant has failed to request preparation of the court reporter's record in writing with the dates requested and the case information. The Court **ORDERS** appellant to do so within ten days of the date of this order, and to provide a copy of the request to this Court. If the appellant does not do so, this case will be submitted without the reporter's record. If appellant does request the reporter's record, we **ORDER** the court reporter to submit it within thirty days of the appellant's request.

/s/    ELIZABETH LANG-MIERS
         JUSTICE